[No. 18957–3–I. Division One. November 9, 1987.]

ELLEN BREVIK, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–13913–9, Frank H. Roberts, Jr., J., entered July 7, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 19792–4–I. Division One. November 9, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAY BERNARD ANDRINA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02576–2, James J. Dore, J., entered December 30, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 16665–4–I. Division One. November 9, 1987.]

SIDNEY BERLAND, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–11786–1, Mary Wicks Brucker, J., entered May 22, 1985. *Dismissed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Armstrong, J. Pro Tem., Ennis, J. Pro Tem., dissenting.